IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYNTHIA CHISLEY,<br>     Plaintiff | * | |
| | * | |
| v | * | Civil Action No.: RDB-07-385 |
| | * | |
| UNIQUE REMODELING, et al.,<br>     Defendants | * | |
| | ****** | |

**MEMORANDUM OPINION**

The above-captioned case was filed by Plaintiff, *pro se*, on February 13, 2007. Paper No. 1. Plaintiff seeks leave to proceed *in forma pauperis* but has not filed an affidavit in support of her indigency. Accordingly, the Motion shall be denied without prejudice.

Plaintiff received a rehabilitation loan from Baltimore County, Maryland, in order to repair her single family home. Concomitantly she entered into a home improvement contract with Unique Remodeling for the repairs on her home. Plaintiff is dissatisfied with the repair work performed by Unique Remodeling and with the efforts undertaken by Baltimore County Housing Conservation to arbitrate the disagreement. Paper No. 1.

While Plaintiff states generally that her "consumer rights" were violated and that the "EEO laws" were violated in that she was not permitted to pick the contractor who would perform the work on her house, she does not state any facts in support of these claims with specificity. Plaintiff apparently seeks to invoke the federal question jurisdiction of this court; however, there is no federal question involved in the controversy she describes in her Complaint. Rather, her claim is a contract dispute. Resolution of her grievance involves application of Maryland contract laws.

To the extent that her claim could be reviewed by this Court under diversity jurisdiction, diversity of citizenship does not appear to exist in this case. Plaintiff and Defendants reside in

Maryland. The contract was entered into in Maryland and all events occurred in Maryland.

Accordingly, the instant action must be dismissed without prejudice.[1] A separate order follows.

February 28, 2007                              /s/_____
Date                                                    RICHARD D. BENNETT
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is free to file a civil complaint for damages in the state court, i.e., the District Court of Maryland for Baltimore County.